FILED
02 SEP -3 PM 3:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
SEP 3 2002

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY DYANE SEXTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 01-C-1206-S |
| | ) | |
| ALFRED BAHAKEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 9, 2002, recommending that this action, filed pursuant to 42 U.S.C. § 1983, be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on July 25, 2002.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b). In his objections, the plaintiff contends that he has sufficiently plead the elements of a fraud

claim. However, the court declines to exercise jurisdiction over any supplemental state law tort claim, pursuant to 28 U.S.C. § 1367(c)(3). A Final Judgment will be entered.

DATED this **30th** day of **August**, 2002.

                                              U. W. CLEMON  
                                              CHIEF U.S. DISTRICT JUDGE